JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARK JAMES LYON, | NO. CV 17-1963-SVW(E) |
| Petitioner, | |
| v. | JUDGMENT |
| R. NDOH, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: November 15, 2017.

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE